Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Larry Blankenship

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| LARRY BLANKENSHIP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT ONE BANK<br>　　　　Defendant. | Case No.: 2:18-cv-00335-WBS-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Credit One Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE